Exhibit "B"

**City National Bank**
Important Information
For Our Customers


At City National Bank, we strive to provide you with the best in personal service for the lowest fees possible. The chart below displays fees effective March 19, 2018.


```
Account Reconciliation (per hour) ................................... $ 20.00
Cashier's Checks - Customer .........................................  $  6.00
Cashier's Checks - Non-Customer .............................. Not available
Check Printing ..........................  varies on style of checks ordered
Coin Wrapping - Customer ............................................     Free
Collection Item Fee ................................................. $ 10.00
Counter Check  ...................................................... $  0.50
Debit Card Annual Fee ...............................................     Free
Debit Card Replacement ..............................................     Free
Deposit Item Returned Unpaid ....................................... $ 12.00
Dormant Account Fee (per month) .................................... $  5.00
Early Account Closing Fee (if closed with
 180 days of account opening)  ..................................... $ 25.00
Foreign ATM Fee (each)* ............................................. $  2.00
IRA Termination Fee ................................................. $ 50.00
Legal Process Fee ................................................... $125.00
Night Depository Bags - Zipped...................................... $  5.00
Non-Sufficient Funds (NSF) or overdraft fee per item**.............. $ 36.00
Notary Fees (per signature) ........................................ $  2.00
Overdraft Line of Credit - annual fee  ............................. $ 25.00
Overdraft Protection Transfer from Savings.........................      Free
Photocopy .......................................................... $  0.25
Research (per hour) ................................................ $ 20.00
Returned Statement Fee ............................................. $  5.00
Safe Deposit Box
 Key Replacement .................................................. $ 50.00
 Drilling Box ..................................................... $150.00
Stop Payment Request ............................................... $ 34.00
Telephone Transfer ................................................. $  5.00
Wire Transfer - Incoming ........................................... $ 15.00
Wire Transfer - Outgoing ........................................... $ 25.00
```


*Fee waived on some account types: see your Truth in Savings Disclosure for more information.
**Fee applies to overdrafts created by check, in-person withdrawal, ATM withdrawal or other electronic means.


Note: Some fees may be subject to Consumer Sales Tax


Member FDIC