FILED: September 30, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1230
(3:19-cv-00690)
_____

BRENDA C. NOE, on behalf of herself and all others similarly situated

    Plaintiff - Appellee

v.

CITY NATIONAL BANK OF WEST VIRGINIA

    Defendant - Appellant

_____

JUDGMENT
_____

In accordance with the decision of this court, the district court order entered February 19, 2020, is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                               /s/ PATRICIA S. CONNOR, CLERK