IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

BRENDA C. NOE, on behalf of herself
and all others similarly situated,

        Plaintiff,

v.                                CIVIL ACTION NO. 3:19-0690

CITY NATIONAL BANK OF
WEST VIRGINIA,

        Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying order granting Defendant's motion to compel arbitration, the case is **DISMISSED WITHOUT PREJUDICE** pending arbitration and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

        ENTER:    April 21, 2021

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE