FILED: January 21, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1597
(3:19-cv-00690)

_____

BRENDA C. NOE, on behalf of herself and all others similarly situated

    Plaintiff - Appellant

v.

CITY NATIONAL BANK OF WEST VIRGINIA

    Defendant - Appellee

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                          /s/ PATRICIA S. CONNOR, CLERK